# MEMORANDA

OF

## CASES NOT REPORTED IN FULL.

JOHN MISLAND AND CHANDLER HALL, RESPONDENTS, *v.* EBEN M. BOYNTON, APPELLANT.

*Examination before trial — when further oral examination allowed on the trial.*

APPEAL from a judgment in favor of the plaintiffs, entered upon the verdict of a jury, and from an order denying a motion for a new trial, made upon the minutes of the justice before whom the action was tried.

The principal question involved in the appeal was one of fact. In the course of the opinion, the court said, with reference to an examination of the plaintiff before trial had on the application of the defendant:

"The plaintiff, Hall, was examined before trial; upon the trial his deposition was read without objection. In reply to defendant's evidence, he was examined orally; exception was taken to his oral examination. The ruling was right. The examination before trial was simply of the same effect as if taken orally. It was in the discretion of the court to permit the further examination of the witness orally before the jury."

*Erastus New*, for the appellant. *Joseph A. Welch*, for the respondents.

Opinion by BARNARD, P. J., DYKMAN, J., concurred; GILBERT, J., not sitting.

Judgment and order denying new trial, affirmed with costs.